## WILLMAN v. STATE.
### No. 22378.

Court of Criminal Appeals of Texas.

Feb. 3, 1943.

Paul Petty, of Ballinger, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Theft of wool is the offense; the punishment, one year in the state penitentiary.

The record is before us without statement of facts or bills of exception.

No error appearing, the judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.